# DOCUMENT REMOVED

# FILED IN WRONG CASE