U.S. Department of Justice

Federal Bureau of Prisons

Designation and Sentence Computation Center

*U.S. Armed Forces Reserve Complex*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

RECEIVED NOV 20 2006

November 10, 2006

The Honorable David S. Doty
Judge of the U.S. District
for the District of Minnesota
United States Courthouse
300 S. Fourth Street, Suite 202
Minneapolis, Minnesota 55415

RE: EGGERS, John Vincent
Reg. No.: 09703-041
Docket No.: 00-363(1)(DSD/JMM)

Dear Judge Doty:

On May 23, 2001, John Vincent Eggers was sentenced in the United States District Court for the District of Minnesota, Minneapolis Division to a term of 108 months in violation of Title 21, U.S.C. § 841(a)(1) and 18 U.S.C. § 2, for the offense of Aiding and Abetting the Possession with Intent to Distribute in Excess of 500 Grams of a Mixture or Substance Containing Methamphetamine. At the time of sentencing on federal charges, Mr. Eggers was under the primary jurisdiction of Minnesota authorities and in federal custody pursuant to a Writ. The Federal Judgment in a Criminal Case was silent regarding any relationship with the service of the State of Minnesota sentence. Following sentencing, Mr. Eggers was returned to Minnesota authorities. The U.S. District Court Judgment was filed as a detainer by the United States Marshals Service.

On June 1, 2001, Mr. Eggers was sentenced in District Court of Anoka County, Minnesota, to a term of 78 Months for Drugs, 2nd Degree and 17 Months for Assault of Peace Officer Demonstrating Bodily Harm, 4th Degree, concurrent to the 78-month term and concurrent to the federal sentence. However, at the time of sentencing on state charges, he had not been sentenced in federal court. Based upon the primary jurisdiction of state authorities, Mr. Eggers was committed to the State of Minnesota and admitted to the Department of Corrections. On July 25, 2005, Mr. Eggers

was released via parole to the custody of the U.S. Marshals Service, for service of his federal sentence pursuant to Title 18 U.S.C. § 3585(a).

Mr. Eggers now requests credit toward his federal sentence for the time which he spent in state custody. Title 18, U.S.C. § 3585(b), prohibits the application of this credit. However, as a result of the decision in Barden v. Keohane, 921 F.2d 476 (3rd Cir. 1990), the Bureau of Prisons considers an inmate's request for credit in such a case as a request for a retroactive (concurrent) designation.

The Bureau of Prisons strives to administer sentences in accordance with federal statutes, Bureau policy and the intent of the Sentencing Court. A retroactive designation is made only after the review of all relevant factors under Title 18 U.S.C. § 3621(b).

It is the preference of the Bureau of Prisons that the federal Sentencing Court be given an opportunity to state its position with respect to a retroactive designation, which, while not binding, can be helpful in our determination to grant or deny the request. Should the designation be granted, the Bureau will commence Mr. Eggers' sentence upon imposition, which will result in his release from custody on or about November 22, 2008. Should the Bureau of Prisons deny the request, Mr. Eggers will continue to a current projected release date of March 23, 2013. If the Bureau of Prisons makes a decision, based on a review of all relevant 3621(b) factors, which is contrary to the Court's stated position, the Court will be notified accordingly.

Please advise us at your earliest convenience, as to the Court's position on a retroactive designation in this case. Should additional information be necessary, please contact Mr. Scott Allen, Operations Manager, DSCC, at (972)595-3000.

Sincerely,

*[signature]*

f Rebecca Tamez
Chief

cc: David Steinkamp, AUSA
Rebecca Chaiken, USPO
DSCC, PDF File, 09703-041