U.S. Department of Justice

*United States Attorney*
*District of Minnesota*

RECEIVED NOV 28 2006

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

*(612)664-5600*

November 27, 2006

Ms. Rebecca Tamez
Federal Bureau of Prisons
Designation and Sentence Computation Center
U.S. Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prarie, TX 75051

Re: United States v. John Vincent Eggers
Criminal No. 00-363(1)(DSD)

Dear Ms. Tamez:

The government concurs in the decision of Judge David S. Doty to recommend that Mr. Eggers' request for a *nunc pro tunc* designation (concurrent sentence) be granted, as elaborated in the Court's November 22, 2006 letter to you.

Had Mr. Eggers been sentenced on his state court matter prior to his federal prosecution, the government would not have opposed a concurrent sentence. Under all of the circumstances, the government agrees that Mr. Eggers' request should be granted.

RACHEL K. PAULOSE
United States Attorney

BY: DAVID P. STEINKAMP
Assistant U.S. Attorney
Attorney ID No. 178470

cc: Hon. David S. Doty
Craig Cascarano, Esq.