UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-363(DSD/JMM)

United States of America,

Plaintiff,

v. **ORDER**

John Vincent Eggers,

Defendant.

This matter is before the court as a result of a recently filed § 2241 habeas corpus petition in Civil No. 06-3958(DSD/JSM) by defendant John Vincent Eggers and correspondence between the court and the Bureau of Prisons ("BOP") in this action. Based upon the file, record and proceedings herein and in Civil No. 06-3958(DSD/JSM), and for the reasons stated in the court's order dated December 26, 2006, Civil No. 06-3958(DSD/JSM) and its letter dated November 22, 2006, to the BOP, **IT IS HEREBY ORDERED** that the Judgment and Commitment dated May 23, 2001, is amended to include the following language:

> The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 108 months, said sentence to begin immediately and run concurrently with any sentence imposed by the Anoka County District Court in docket number K7-01-000751.

Dated: December 26, 2006

s/David S. Doty
David S. Doty, Judge
United States District Court